UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD HARDRICK, #606507,

       Plaintiff,

File no: 2:21-cv-238

v.

HON. ROBERT J. JONKER

UNKNOWN FORREST, et al.,

       Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 8, 2022 (ECF No. 37). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 37) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motions for summary judgment (ECF Nos. 21, 27) are **DENIED**.

Defendants may move for an evidentiary hearing on the issue of exhaustion.


Dated:    December 5, 2022          /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE